

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00245-CR

David Nicholas **GALLEGOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR10033
Honorable Raymond Angelini, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 3, 2015.

_____
Patricia O. Alvarez, Justice